**Entered on Docket
March 10, 2010**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**
_____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
bk@wildelaw.com
Fax:  702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Deutsche Bank National Trust Company,
as Trustee for IXIS Real Estate Capital Trust 2005-HE4
10-70240

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-10-10041-mkn |
| Lucita Faraon Sarles, | Date: 2/17/2010<br>Time: 1:30 pm |
| | Chapter 7 |
| Debtors. | |

### ORDER VACATING AUTOMATIC STAY

1

2        IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

3    above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

4    Secured Creditor Deutsche Bank National Trust Company, as Trustee for IXIS Real Estate Capital

5    Trust 2005-HE4, its assignees and/or successors in interest, of the subject property, generally described

6    as 604 Sportsman Drive, Las Vegas, NV 89107, and legally described as follows:

7
        LOT FIFTY-FIVE (55) IN BLOCK ONE (1) OF WATKINS MANOR UNIT NO. 3, AS
8         SHOWN BY MAP THEREOF ON FILE IN BOOK 19 OF PLATS, PAGE 85 IN THE OFFICE
        OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.
9
    **IT IS FURTHER ORDERED, ADJUDGED and DECREED** that the Secured Creditor shall
10
give Debtors at least five business days' notice of the time, place and date of sale.
11
    DATED this _____ day of _____ 2010
12

13   Submitted by:

14   WILDE & ASSOCIATES

15   By:_____
    Gregory L. Wilde, Esq.
16   Attorney for Secured Creditor
    212 South Jones Boulevard
17   Las Vegas, Nevada 89107

18   APPROVED / DISAPPROVED

19
By:_____
20       Debtor

21

22   APPROVED / DISAPPROVED

23   By:_____
    James F. Lisowski, Sr.
24   P.O Box 95695
    Las Vegas, NV  89193
25   Chapter 7 Trustee

26

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
\_\_\_\_\_ The court waived the requirements of LR 9021.
\_\_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.
\_\_\_\_\_ No parties appeared or filed written objections, and the trustee is the movant.
\_\_x\_\_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
\_\_\_\_\_ approved the form of this order          \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or    \_\_x\_\_ failed to respond to the document
\_\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_\_ approved the form of this order          \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or    \_\_x\_\_ failed to respond to the document

\_\_\_\_\_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
\_\_\_\_\_ approved the form of this order          \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or    \_\_\_\_\_ failed to respond to the document
\_\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_\_ approved the form of this order          \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or    \_\_\_\_\_ failed to respond to the document

\_\_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor